# The Alabama Court of Civil Appeals



SETH P. RHODEBECK
CLERK

300 DEXTER AVENUE
MONTGOMERY, ALABAMA 36104-3741
TELEPHONE 334-229-0733

LYNN DEVAUGHN
ASSISTANT CLERK

September 19, 2025

CL-2025-0075

Samuel Hunt v. Alabama Department of Education (Appeal from Madison Circuit Court:  CV-24-174).

## NOTICE

You are hereby notified that the following action was taken in the above cause by the Court of Civil Appeals:

Application for Rehearing Overruled. No opinion written on rehearing.

Moore, P.J., and Edwards, Hanson, Fridy, and Bowden, JJ., concur.

Seth P. Rhodebeck, Clerk